PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>OSCAR QUINTANA-GARCIA,<br><br>  Defendant. | CASE NO. 1:20-CR-00178-ADA-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE RE: TSR VIOLATION PETITION<br><br>DATE: December 13, 2022<br>TIME: 2:00 PM<br>COURT: Hon. Sheila K. Oberto (Duty Magistrate) |

By previous order this matter was set for a status conference regarding defendant's pending supervised release violation petition on December 13, 2022.  Doc. 14.  Given that the alleged violations involve pending state criminal cases, the parties seek to continue the currently scheduled status date until Thursday, January 26, 2023, to allow the parties to discuss a potential resolution.  Because this case involves a term of supervised release, no time exclusion is necessary.

Dated: December 12, 2022                PHILLIP A. TALBERT
                                        United States Attorney


                                         /s/ JESSICA A. MASSEY
                                        JESSICA A. MASSEY
                                        Assistant United States Attorney

Dated: December 12, 2022                /s/ JEREMY DOBBINS
                                        JEREMY DOBBINS
                                        Counsel for defendant
                                        OSCAR QUINTANA-GARCIA

STIPULATION TO CONTINUE TSR STATUS
CONFERENCE; [PROPOSED] ORDER                           1

**ORDER**

IT IS SO ORDERED.

DATED: 12/12/2022

*Sheila K. Oberto*
Hon. Sheila K. Oberto
U.S. Magistrate Judge

STIPULATION TO CONTINUE TSR STATUS
CONFERENCE; [PROPOSED] ORDER

2