PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:20-CR-00178-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE RE: TSR VIOLATION PETITION |
| v. | |
| OSCAR QUINTANA-GARCIA, | DATE: January 26, 2023 |
| Defendant. | TIME: 2:00 PM |
| | COURT: Hon. Sheila K. Oberto (Duty Magistrate) |

By previous order this matter was set for a status conference regarding defendant's pending supervised release violation petition on January 26, 2023.  Given that the alleged violations involve pending state criminal cases, the parties seek to continue the currently scheduled status date until February 10, 2023, to allow the parties to discuss a potential resolution.  Because this case involves a term of supervised release, no time exclusion is necessary.

Dated: January 22, 2023                    PHILLIP A. TALBERT
                                           United States Attorney


                                           /s/ JESSICA A. MASSEY
                                           JESSICA A. MASSEY
                                           Assistant United States Attorney

Dated: January 22, 2023

/s/ JEREMY DOBBINS
JEREMY DOBBINS
Counsel for defendant
OSCAR QUINTANA-GARCIA

**ORDER**

IT IS SO ORDERED.

DATED: 1/24/2023

*Sheila K. Oberto*
Hon. Sheila K. Oberto
U.S. Magistrate Judge