1  PHILLIP A. TALBERT
   United States Attorney
2  JESSICA A. MASSEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,            | CASE NO. 1:20-CR-00178-ADA-BAM
12 |                         Plaintiff,   | STIPULATION TO CONTINUE STATUS
   |                                      | CONFERENCE RE: TSR VIOLATION PETITION;
13 |           v.                         | ORDER
14 | OSCAR QUINTANA-GARCIA,               | DATE: February 10, 2023
   |                                      | TIME: 2:00 PM
15 |                         Defendant.   | COURT: Hon. Stanley A. Boone (Duty Magistrate)

16

17       By previous order this matter was set for a status conference regarding defendant's pending

18 supervised release violation petition on February 10, 2023.  Given that the alleged violations involve

19 pending state criminal cases, the parties seek to continue the currently scheduled status date until

20 February 24, 2023, to allow the parties to discuss a potential resolution.  Because this case involves a

21 term of supervised release, no time exclusion is necessary.

22
    Dated: February 8, 2023                          PHILLIP A. TALBERT
23                                                   United States Attorney

24
                                                     /s/ JESSICA A. MASSEY
25                                                   JESSICA A. MASSEY
                                                     Assistant United States Attorney
26

27  Dated: February 8, 2023                          /s/ JEREMY DOBBINS
                                                     JEREMY DOBBINS
28                                                   Counsel for defendant

   STIPULATION TO CONTINUE TSR STATUS
   CONFERENCE; ORDER                                 1

**ORDER**

The matter is continued based upon the above stipulated date and the defendant is ordered to appear on February 24, 2023 at 2:00 pm before the duty magistrate judge.

IT IS SO ORDERED.

Dated:   **February 8, 2023**

UNITED STATES MAGISTRATE JUDGE