PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>OSCAR QUINTANA-GARCIA,<br><br>               Defendant. | CASE NO. 1:20-CR-00178-ADA-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE RE: TSR VIOLATION PETITION; ORDER<br><br>DATE: February 24, 2023<br>TIME: 2:00 PM<br>COURT: Hon. Barbara A. McAuliffe (Duty Magistrate) |

By previous order this matter was set for a status conference regarding defendant's pending supervised release violation petition on February 24, 2023. Given that the alleged violations involve pending state criminal cases, the parties seek to continue the currently scheduled status date until March 16, 2023, to allow the parties further time to discuss a potential resolution. Because this case involves a term of supervised release, no time exclusion is necessary.

Dated: February 22, 2023                                    PHILLIP A. TALBERT
                                                                              United States Attorney


                                                                              /s/ JESSICA A. MASSEY
                                                                              JESSICA A. MASSEY
                                                                              Assistant United States Attorney

Dated: February 22, 2023                                    /s/ JEREMY DOBBINS
                                                                              JEREMY DOBBINS
                                                                              Counsel for defendant

STIPULATION TO CONTINUE TSR STATUS
CONFERENCE; [PROPOSED] ORDER                              1

**ORDER**

IT IS SO ORDERED that the status conference is continued from February 24, 2023, to **March 16, 2023, at 2:00 p.m. before Magistrate Judge Erica P. Grosjean**.

IT IS SO ORDERED.

Dated: __February 22, 2023__          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE