1    HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2    LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
3    2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
4    Telephone: (559) 487-5561
Fax: (559) 487-5950
5
Attorney for Defendant
6    OSCAR QUINTANA-GARCIA

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              Case No. 1:20-cr-00178-ADA

12              Plaintiff,                   REQUEST FOR RULE 43 WAIVER OF
                                             APPEARANCE; ORDER
13   vs.

14   OSCAR QUINTANA-GARCIA,

15              Defendant.

16

17          Pursuant to Federal Rule of Criminal Procedure 43(b)(3), OSCAR QUINTANA-

18   GARCIA, having been advised of his right to be present at all stages of the proceedings, hereby

19   requests that this Court permit him to waive his right to personally appear at all non-substantive

20   proceedings.  Mr. Quintana-Garcia agrees that his interests shall be represented at all times by

21   the presence of his attorney, the Office of the Federal Defender for the Eastern District of

22   California, the same as if he were personally present, and requests that this Court allow his

23   attorney-in-fact to represent his interests at all times.

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

Respectfully submitted,

Date: November 9, 2023
                                */s/ Oscar Quintana-Garcia*
OSCAR QUINTANA-GARCIA
Defendant
(signature on file)

HEATHER E. WILLIAMS
Federal Defender

Date: November 13, 2023
                                */s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
OSCAR QUINTANA-GARCIA

## O R D E R

Defendant's request for a waiver of appearance is granted.  Pursuant to Rule 43(b)(3), defendant's appearance is waived at all non-substantive pretrial proceedings until further order of the Court.  The defendant is ordered to keep in close contact with his attorney for if a judge orders him to appear for any future hearing he shall do so.  Failure to appear when ordered to do so by a judge may result in a warrant for the defendant's arrest.

IT IS SO ORDERED.

Dated:   **November 13, 2023**
                                                 
UNITED STATES MAGISTRATE JUDGE