PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:20-CR-00178 ADA |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS; FINDINGS AND ORDER |
| v. | |
| OSCAR QUINTANA-GARCIA, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the supervised release petition filed herein on October 18, 2023, for the following reason.

There is insufficient evidence to proceed on the charges and the probation officer has advised that the residence modification and increased counseling has been beneficial for the defendant.

Dated:  November 15, 2023

PHILLIP A. TALBERT
United States Attorney

By:  /s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

# FINDINGS AND ORDER

The Court finds that there is insufficient evidence to proceed on the charges contained in the pending supervised release violation petition.

IT IS THEREFORE ORDERED that the violation petition be dismissed.

IT IS FURTHER ORDERED that the defendant shall continue to comply with his supervised release conditions.

IT IS SO ORDERED.

Dated:   **November 15, 2023**

_____
UNITED STATES MAGISTRATE JUDGE